

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2025

No. 04-24-00828-CV

Abrahiem **SARWAR** as Administrator of the Estate of Mohammad Sarwar and acting
derivatively on behalf of MSI Rittiman, Inc and Chenab, Inc,
Appellant

v.

Mohammad Saeed **AKHTAR**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI20397
Honorable Antonia Arteaga, Judge Presiding

**ORDER**

Sitting:  Lori I. Valenzuela, Justice
Adrian A. Spears II, Justice
H. Todd McCray, Justice

In accordance with this court's opinion of this date, the appeal is DISMISSED for lack of jurisdiction. Costs are assessed against appellant.

It is so **ORDERED** on December 3, 2025.

_H. Todd McCray_
H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2025.

_Caitlin A. McCamish_
Caitlin A. McCamish, Clerk of Court